United States District Court
District of New Jersey

UNITED STATES OF AMERICA  ~~FILED~~  :  Hon. Joseph D. Dickson

v.  JAN 2 1 2011  :  **CRIMINAL COMPLAINT**

JOSEPH A. DICKSON, USMJ

LUIS ANDRIOLO
ANTONIO HUERTA  :  Magistrate No. 11- 6521-01
                                                    02

I, Steven Carroll , the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.  From at least on or about October 1, 2010 through on or about January 21, 2011, in Essex county in the District of New Jersey and elsewhere, the defendants did:

_500 grams_

knowingly and intentionally conspire and agree with others to distribute and possess with intent to distribute ~~1 kilogram~~ or more of a mixture or substance containing a detectable amount _cocaine_ ~~of heroin~~, its salts isomers, and salts of its isomers a Schedule I narcotic drug controlled substance, contrary to Title 21, United States Code, Section 841(a)(1) and 841 (b)(1)(B), and in violation of Title 21, United States Code, Section 846.

I  further state that I am a Special Agent with Drug Enforcement Administration and that this complaint is based on the following facts:

SEE ATTACHMENT A

Steven Carroll
Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence,

January  21  , 2011                    at 2:32pm        Newark, New Jersey
Date                                                                        City and State


Hon. Joseph D. Dickson                          _____
United States Magistrate Judge              Signature of Judicial Officer

ATTACHMENT A

I, Steven Carroll, am a Special Agent with the Drug Enforcement Administration and based upon my investigation and my discussions with other individuals involved in this investigation, I have knowledge of the following facts:

1. On approximately October 12, 2010 a confidential informant (hereinafter "CI") meet with ERIC PERDOMO, who in charged in a separate complaint, in Columbus, Ohio. This CI has been used throughout this investigation and has continuously provided credible, reliable information which has been verified by law enforcement. Law enforcement learned that at that meeting, which was audio recorded, ERIC PERDOMO agreed to sell ten kilograms of cocaine to the CI.

2. On or about January 4, 2011 ERIC PERDOMO got in contact with the CI and informed him that he wanted to conduct a narcotics transaction in New Jersey. The CI agreed and it was decided that the CI would meet ERIC PERDOMO on January 11, 2011 at the agreed upon location in Newark, New Jersey. On January 11, 2011 the CI along with another confidential informant (hereinafter "CI2") meet with ERIC PERDOMO and the agreed upon location. A few minutes later, ANTONIO HUERTA and LUIS ANDRIOLO arrived at the location. ERIC PERDOMO left CI and CI2 and engaged in a conversation with LUIS ANDRIOLO and ANTONIO HUERTA. After this conversation, ERIC PERDOMO returned to CI and CI2 and delivered approximately four kilograms of what was believed to be cocaine. The substance given to the CI and CI2 by ERIC PERDOMO later field tested positive for cocaine. This met was audio and video recorded by members of law enforcement.

3. On or about January 19, 2011 CI met with ERIC PERDOMO, LUIS ANDRIOLO and ANTONIO HUERTA. This meeting was audio recorded. At that meeting, ANTONIO HUERTA told the CI that before any more cocaine is delivered to him he must first pay in full for the four kilograms they gave him on or about January 11, 2011.

4. Additionally, on or about January 20, 2011 CI and CI2 informed law enforcement that ANTONIO HUERTA contacted them and requested that they pay at least half of the money for the four kilograms of cocaine which were already delivered . Also, during a consensually recorded telephone conversation ANTONIO HUERTA told the CI that he would pick up and deliver additional kilograms of cocaine and sell it to the CI if they CI pays for the previously delivered cocaine.